DANIELLE OCHS, CA Bar No. 178677
dot@ogletreedeakins.com
BECKI D. GRAHAM, CA Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Plaintiff
ALLIED WASTE SERVICES OF NORTH AMERICA, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLIED WASTE SERVICES OF NORTH AMERICA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER CATRON,<br><br>    Defendant. | Case No. 1:15-cv-01654-TLN-EPG<br><br>**ORDER RE PLAINTIFF'S REQUEST TO FILE EXHIBIT C TO THE DECLARATION OF RENEE FLORES-DEVAN UNDER SEAL**<br><br>Complaint Filed:  October 30, 2015<br>Trial Date:           None Set |

Having read and considered the papers submitted in support of Plaintiff Allied Waste Services of North America, LLC's request to seal documents, any opposition filed thereto, and the applicable papers and pleadings on file in this matter, the Court finds compelling reasons to seal Exhibit C to the Declaration of Renee Flores-DeVan in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Be Issued.

Based on the foregoing, Plaintiff's request to seal documents is GRANTED.  The Clerk of the Court is directed to file under seal Exhibit C to the Declaration of Renee Flores-DeVan in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Be Issued.  Only the Court and its staff shall have access to the document.

**IT IS SO ORDERED.**

DATED:  NOVEMBER 3, 2015

_____
Troy L. Nunley
United States District Judge