DANIELLE OCHS, CA Bar No. 178677
dot@ogletreedeakins.com
BECKI D. GRAHAM, CA Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Plaintiff
ALLIED WASTE SERVICES OF NORTH AMERICA, LLC

CHRISTOPHER ALLEN CATRON
671 Omaha Avenue
Clovis, CA 93619
Telephone: (559) 288-2949
Defendant, In Pro Per

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WASTE SERVICES OF NORTH AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ALLEN CATRON,<br><br>Defendant. | Case No. 1:15-cv-01654-TLN-EPG<br><br>**STIPULATED PRELIMINARY INJUNCTION AND ORDER** |

## STIPULATED PRELIMINARY INJUNCTION

WHEREAS, on October 30, 2015, Plaintiff Allied Waste Service of North America, LLC ("Plaintiff" or "Allied") filed the above-captioned action against Defendant Christopher Allen Catron ("Defendant" or "Catron") (collectively, the "Parties") for alleged violation of the California Uniform Trade Secrets Act based on his alleged acquisition of Allied's trade secrets, and breach of contract in connection with his alleged breach of multiple confidentiality agreements between the Parties.

WHEREAS, on November 3, 2015, the Court issued a temporary restraining order and order to show cause as to why a preliminary injunction should not be issued ("OSC") against Catron on the grounds that Allied had demonstrated a substantial likelihood of success on the merits of its claims against Catron.  The Court further found that Plaintiff has demonstrated that, without an order from this Court, Allied will suffer irreparable harm, that the balance of hardships strongly favors Allied, and that issuance of a temporary restraining order and OSC were in the public interest.

WHEREAS, the Court ordered Catron to file a response to the Court's OSC within 14 days of entry of the OSC.

WHEREAS, the Parties now wish to stipulate and agree to the issuance of a preliminary injunction, as set forth herein, in lieu of Catron filing a response to the Court's OSC.

NOW THEREFORE, the Parties stipulate and agree as follows:

1.      The Parties agree that during the pendency of this action or until the Court otherwise orders, Defendant (and anyone acting on his behalf who receives actual notice of this Stipulation and Proposed Order) is hereby preliminarily restrained and enjoined as follows:

        a.      Catron is enjoined from possessing, using or disclosing any of Allied's Confidential Information, including its Customer List (as those terms are defined in Plaintiff's Complaint);

        b.      Catron is required to account for (through expedited discovery) and return to Allied any and all of Allied's property and Confidential Information, including its Customer List and any obtained by Catron from Allied;

**STIPULATED PRELIMINARY INJUNCTION AND ORDER**

c.  Catron is required to provide a written acknowledgment confirming that he has returned all of Allied's property and Confidential Information, including its Customer List;

d.  Catron is required to submit to the inspection of his email, servers, hard drives, computer(s), mobile devices, PDAs, USB drives and other computer equipment utilized by Catron, including any hosted equipment, by a forensic expert to ensure that Allied's Confidential Information, including its Customer List, does not exist on such devices; and

e.  Catron is required to appear for an expedited deposition within ten (10) business days of the date of this order on a date to be agreed upon by the parties.

2.  No security is required in this matter.

3.  The Parties shall enter a confidentiality agreement and proposed stipulated protective order governing the use and disclosure of confidential information in connection with this litigation.

DATED: November 20, 2015                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  _/s/ Danielle Ochs_____
        DANIELLE OCHS
        BECKI D. GRAHAM

        Attorneys for Plaintiff
        ALLIED WASTE SERVICES OF NORTH
        AMERICA, LLC

DATED: November 17, 2015


By:  /s/_____
        CHRISTOPHER ALLEN CATRON
        Defendant, In Pro Per

**STIPULATED PRELIMINARY INJUNCTION AND ORDER**

**ORDER**

**SO ORDERED**.


Dated:  November 20, 2015

Troy L. Nunley
United States District Judge

Case No. 1:15-cv-01654-TLN-EPG
**STIPULATED PRELIMINARY INJUNCTION AND ORDER**