DANIELLE OCHS, CA Bar No. 178677
dot@ogletreedeakins.com
BECKI D. GRAHAM, CA Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Plaintiff
ALLIED WASTE SERVICES OF NORTH AMERICA, LLC

JEFFREY D. ROWE #194708
The Law Offices of Jeffrey D. Rowe
2240 W. Shaw Avenue, Suite 114
Fresno, California 93711
(559) 228-1500
(559) 228-1700 Facsimile

Attorney for Defendant
CHRISTOPHER ALLEN CATRON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLIED WASTE SERVICES OF NORTH AMERICA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ALLEN CATRON,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01654-TLN-EPG<br><br>**STIPULATED PERMANENT INJUNCTION AND ORDER** |

**STIPULATED PERMANENT INJUNCTION**

WHEREAS, on October 30, 2015, Plaintiff Allied Waste Service of North America, LLC ("Plaintiff" or "Allied") filed the above-captioned action against Defendant Christopher Allen Catron ("Defendant" or "Catron") (collectively, the "Parties") for alleged violation of the California Uniform Trade Secrets Act based on his alleged acquisition of Allied's trade secrets, and breach of contract in connection with his alleged breach of multiple confidentiality agreements between the Parties;

WHEREAS, Catron denies each of Allied's allegations;

WHEREAS, on November 17, 2015, the Parties entered a Stipulated Preliminary Injunction enjoining Plaintiff from, *inter alia*, possessing, using or disclosing any of Allied' s Confidential Information; and

WHEREAS the Parties now wish to end the litigation, and have agreed as a basis for doing so to stipulate and agree to the issuance of a permanent injunction, as set forth herein (and agree to request that the Court so order);

NOW THEREFORE, the Parties stipulate and agree, and request the Court enter an order (the "Order") as follows:

1. The Parties agree that from the date the Court issues this Order, continuing for a period of three (3) years thereafter, unless the Court otherwise orders, Catron (and anyone acting on his behalf who receives actual notice of this Stipulation and Proposed Order) is hereby permanently restrained and enjoined from possessing, using or disclosing any Allied Confidential or Trade Secret Information, in any form (as those terms are defined on Plaintiff's Complaint (attached hereto as Exhibit A), including without limitation, its Customer List and/or any information contained thereon, customer pricing, customer contract terms and expiration dates, load audit information and/or sheets completed by drivers for diversion reporting, report information and/or reports generated by Allied indicating items recycled and percentages, and disposal or recycling pricing with third party or internal disposal sites .

2. Should Catron discover that he possesses Allied Confidential or Trade Secret Information in any form, and if that information is not lawfully in his possession pursuant to a non-

disclosure agreement, he will provide Allied with reasonably prompt notice of the discovery, will not use or disclose, or delete, erase, or otherwise destroy the information he has discovered, and will allow Allied to inspect and/or obtain return of the information.

3. Catron further agrees that within five business days from when the Court enters the Order, Catron will deliver a copy of this Stipulated Permanent Injunction to his current employer, Mid Valley Disposal.

4. This Order shall survive the dismissal of this action.

**SO STIPULATED.**

DATED: April 11, 2016              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Danielle Ochs*
DANIELLE OCHS
BECKI D. GRAHAM

Attorneys for Plaintiff
ALLIED WASTE SERVICES OF NORTH AMERICA, LLC

DATED:  April 11, 2016

By: */s/ Jeffrey D. Rowe (authorized on April 8, 2016)*
JEFFREY D. ROWE

Attorney for Defendant
CHRISTOPHER ALLEN CATRON

**ORDER**

SO ORDERED.

Dated: April 11, 2016

Troy L. Nunley
United States District Judge

2                Case No. 1:15-cv-01654-TLN-EPG
**STIPULATED PERMANENT INJUNCTION AND ORDER**